THERON C. CRAWFORD, Respondent, *v.* THE MAIL AND EXPRESS PUBLISHING COMPANY, Appellant.

(Submitted October 1, 1900; decided October 9, 1900.)

Motion for reargument denied, with ten dollars costs.    (See 163 N. Y. 404.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AARON HALL, Appellant.

(Submitted October 1, 1900; decided October 9, 1900.)

MOTION to dismiss appeal upon the ground that the appellant had failed to serve the printed papers required by the rules of this court.

*Charles E. Le Barbier* for motion.

*Abraham Levy* opposed.

Motion granted unless the defendant serve his proposed case on appeal on or before the first day of November next.